DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILLIP BELIDOR,**
Appellant,

v.

**PROGRESSIVE EXPRESS INSURANCE COMPANY,**
Appellee.

No. 4D21-855

[May 19, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE18-004832.

Kenneth D. Cooper, Fort Lauderdale, for appellant.

Nancy A. Copperthwaite and Marcy Levine Aldrich of Akerman LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***